UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STONEX MARKETS, LLC f/k/a INTL FCSTONE MARKETS, LLC,<br><br>        Petitioner,<br>v.<br><br>COOPERATIVA DE CAFICULTORES DEL SUROESTE DE ANTIOQUIA,<br><br>        Respondent. | 23-CV-513 (JGLC) (OTW)<br><br>**ORDER CONFIRMING ARBITRATION AWARD** |

      WHEREAS, on January 20, 2023, Petitioner STONEX FINANCIAL, INC., formerly known as INTL FCSTONE FINANCIAL, INC. ("Petitioner"), filed its Petition to Confirm Arbitration Award (ECF No. 1), in which it petitioned this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 ("FAA"), for an Order confirming arbitration awards entered in favor of Petitioner and against Respondent COOPERATIVA DE CAFICULTORES DEL SUROESTE DE ANTIOQUIA, by a panel of three arbitrators in arbitrations consolidated for hearing under the auspices of the International Centre for Dispute Resolution, together with an award of pre- judgment interest, attorney's fees and costs, and entering judgment upon the awards,

      WHEREAS, by its Order dated February 21, 2024, the Court granted Petitioner's Petition to Confirm Arbitration Award and for a Default Judgment against Respondent, but denied Petitioner's motion for additional attorneys' fees, (ECF No. 27);

      **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

      Final judgment is hereby entered in favor of STONEX FINANCIAL, INC. and against COOPERATIVA DE CAFICULTORES DEL SUROESTE DE ANTIOQUIA, in the amount of $2,132,196.79, representing the underlying arbitration award of $1,901,118.12 ("Principal

Amount"), plus pre-award interest in the amount of $123,703.21 (representing the rate of Daily LIBOR 3-Month Rate + 4% on the Principal Amount from July 31, 2021, to November 15, 2022 ("Pre-Award Interest")), and post-award, pre-judgment interest in the amount of $231,078.67 (representing the rate of 9% per annum on the Principal Amount plus Pre-Award Interest from November 16, 2022 to February 22, 2024, or $499.09 per day).

DATED this 26th day of February, 2024.

*Jessica Clarke*

Jessica G. L. Clarke
United States District Judge